ACCEPTED
14-15-00788-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/1/2015 6:03:56 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00788-CV

IN THE COURT OF APPEALS
FOURTEENTH JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/1/2015 6:03:56 PM
CHRISTOPHER A. PRINE
Clerk

Bowen, Miclette & Britt Insurance Agency, LLC,
*Appellant,*

v.

Christopher Taylor,
*Appellee.*

On appeal from the 295th Judicial District Court of Harris County, Texas
The Honorable Caroline Baker, Presiding
Cause No. 2015-03943

**APPELLANT'S UNOPPOSED MOTION TO ABATE
APPEAL PENDING FINALIZED SETTLEMENT**

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Appellant Bowen, Miclette & Britt Insurance Agency, LLC ("BMB") files this Unopposed Motion to Abate Appeal Pending Finalized Settlement and requests the Court abate this appeal to allow time for the parties to finalize the settlement reached by the parties. BMB respectfully shows the Court as follows:

1. On August 17, 2015, BMB filed a notice of appeal of the trial court's order denying BMB's request for a temporary injunction. Since BMB filed its

notice of appeal, the parties have reached an informal settlement which would dispose of this appeal. The parties are currently finalizing the settlement and it is anticipated the settlement will be finalized within the next thirty (30) days.

2.    The Court has ordered the clerk's record for this appeal be filed by October 14, 2015 and the reporter's record be filed by October 11, 2015. The Court has also ordered BMB to file BMB's docketing statement by October 1, 2015.

3.    In order to preserve this Court's resources and avoid unnecessary expense by the parties, BMB requests the Court abate this appeal so the parties may finalize their settlement agreement. Once the settlement agreement is finalized, BMB will seek dismissal of this appeal. In the unlikely event the parties cannot finalize the settlement agreement, BMB will notify the Court.

4.    BMB has conferred with Appellee's counsel, Mr. Craig Dillard, regarding the relief requested herein. Appellee is unopposed to an abatement of the instant appeal pending the parties' finalization of their settlement agreement.

## **PRAYER**

For the above reasons, BMB respectfully requests the Court grant this motion and abate the present appeal pending finalization of the settlement agreement between the parties.

2

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & AUGHTRY

By:    /s/ C. Larry Carbo, III
       William S. Helfand
       State Bar No. 09388250
       bill.helfand@chamberlainlaw.com
       C. Larry Carbo, III
       State Bar No. 24031916
       larry.carbo@chamberlainlaw.com
       Julie R. Offerman
       State Bar No. 24070360
       julie.offerman@chamberlainlaw.com
       1200 Smith Street, Suite 1400
       Houston, Texas  77002
       Telephone (713) 658-1818
       Telecopy (713) 658-2553

       ATTORNEYS FOR APPELLANT

3

## CERTIFICATE OF CONFERENCE

I hereby certify that the undersigned counsel for Appellant conferred by email with Appellee's counsel on September 30, 2015. Appellee does not oppose abatement of this appeal.

/s/ C. Larry Carbo, III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served upon the following counsel of record via hand delivery, electronic submission, facsimile, and/or U.S. Mail on this the October 1, 2015, to the following:

Rachel Powitzky Steely
Megan Jennings Batchelor
Craig Dillard
GARDERE WYNNE SEWELL, LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002
Fax: 713-276-5555
Email: rsteely@gardere.com
Email: mbatchelor@gardere.com
Email: cdillard@gardere.com

/s/ C. Larry Carbo, III